USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

601 EAST 226 ST. LLC,

        Plaintiff,

-against-

UNITED STATES LIABILITY INSURANCE COMPANY, *et al.*,

        Defendants.

24-cv-00722 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, United States District Judge:**

The telephonic pre-motion conference ordered at ECF No. 7 will now be held on **February 28, 2024 at 11:30 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    February 27, 2024
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**