USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

601 EAST 226 ST LLC,

        Plaintiff,

-against-

UNITED STATES LIABILITY INSURANCE COMPANY, *et al.*,

        Defendants.

24-cv-00722 (ALC)

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's telephonic conference held on February 28, 2024:

- **March 6, 2024:** The parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of Defendants' anticipated motion to dismiss and Plaintiff's contemplated motion to remand this action to state court.

**SO ORDERED.**

Dated: February 28, 2024
      New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**