USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**601 EAST 226 ST LLC,**

       **Plaintiff,**

    -against-

**UNITED STATES LIABILITY INSURANCE COMPANY (USLI),** *et al.*,

       **Defendants.**

24-cv-00722 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference on **March 22nd, 2024 at 2:00 PM Eastern Time**. The Parties should be prepared to discuss any possible settlement in this case, what discovery, if any, might be necessary, and to propose schedules for discovery and briefing of Defendants' anticipated motion to dismiss. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    March 15, 2024
              New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**