USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

601 EAST 226 ST LLC,

        Plaintiff,

-against-

UNITED STATES LIABILITY INSURANCE COMPANY, *et al.*,

        Defendants.

24-cv-00722 (ALC)

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's telephonic conference held on March 22, 2024:

- **March 29, 2024:** The parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of Plaintiff's contemplated motion to amend the complaint and Defendants' anticipated motion to dismiss.

**SO ORDERED.**

Dated: **March 22, 2024**
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**