USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**601 EAST 226 ST LLC,**

                  **Plaintiff,**

          -against-

**UNITED STATES LIABILITY INSURANCE COMPANY (USLI),** *et al.*,

                  **Defendant.**

**24-CV-00722**

<u>Order</u>

---

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on April 16, 2024, the Court sets the following briefing schedule:

- **May 14, 2024:** Plaintiff to file their Amended Complaint
- **June 18, 2024:** Defendant to file their Motion to Dismiss
- **July 9, 2024:** Plaintiff to file their Opposition.
- **July 16, 2024:** Defendant to file their Reply

**SO ORDERED.**

Dated:  May 8, 2024
        New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**