USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5/21/2024_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**601 EAST 226 ST LLC,**

                    **Plaintiff,**

          **-against-**

**UNITED STATES LIABILITY INSURANCE**
**COMPANY,** *et al.*,

                    **Defendants.**

---

**24-cv-00722 (ALC)**

**AMENDED ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court hereby amends its prior Order docketed at ECF No. 22 to indicate that the telephonic conference referenced in that prior Order occurred on May 7th, 2024 rather than April 16, 2024 as previously indicated

**SO ORDERED.**

**Dated:  May 21, 2024**
        **New York, New York**

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**