# Saiber
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/29/2024

WRITER'S DIRECT DIAL: (973) 645-4815
WRITER'S DIRECT E-MAIL: vproto@saiber.com

May 28, 2024

**VIA ECF**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

  Re: **601 East 226 St LLC v. United States Liability Insurance Company (USLI), et al.**
    **Civil Action No. 1:24-cv-722-ALC**

Dear Judge Carter:

  We are counsel for Defendant United States Liability Insurance Company ("USLI").

  We are writing to request an adjournment of the status conference scheduled for June 7, 2024 at 10:00 am. The reason for the request is that I will be on trial in a reinsurance arbitration from May 29, 2024 through June 7, 2024. Counsel for Plaintiff 601 East 226 St LLC have consented to the adjournment, and there have been no prior requests to adjourn this particular conference.

  Counsel for the parties are available on June 21 for the conference. If that date is not available to the Court, we will provide additional dates.

  We greatly appreciate Your Honor's attention to this matter.

           Respectfully submitted,

          */s/Vincent J. Proto*

          VINCENT J. PROTO

VJP/ao

cc: Yesenia Barrantes-Isibor, Esq. (via ECF)
   William H. Grae, Esq. (via ECF)

SO ORDERED:
[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 29, 2024
The conference is hereby adjourned to June 14 at 11:30 AM. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park • Newark • New York • Philadelphia