

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/13/2024_____

WRITER'S DIRECT DIAL: (973) 645-4815
WRITER'S DIRECT E-MAIL: vproto@saiber.com

June 12, 2024

**VIA ECF**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> Re:     **601 East 226 St LLC v. United States Liability Insurance Company
> (USLI), et al.
> Civil Action No. 1:24-cv-722-ALC**

Dear Judge Carter:

We are counsel for Defendant United States Liability Insurance Company ("USLI").

We are writing jointly on behalf of the parties to request a further adjournment of the conference scheduled for this Friday, June 14. The request is due to pre-existing scheduling issues. There has been one prior request to adjourn this particular conference.

Counsel have conferred and can advise that we are available on June 27 for the conference. If that date is not available to the Court, we will provide additional dates.

We greatly appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/Vincent J. Proto*

VINCENT J. PROTO

VJP/ao

cc:  Yesenia Barrantes-Isibor, Esq. (via ECF)
     William H. Grae, Esq. (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2024
The conference is hereby adjourned to June 27 at 2 PM. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).