UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 601 EAST 226 ST LLC,<br><br>       **Plaintiff,**<br><br>-against-<br><br>UNITED STATES LIABILITY INSURANCE GROUP; UNITED STA TES LIABILITY INSURANCE COMPANY (USLI); MOUNT VERNON FIRE INSURANCE COMPANY; U.S. UNDERWRITERS INSURANCE COMPANY; MOUNT VERNON SPECIALTY INSURANCE CO.; RADNOR SPECIALTY INSURANCE CO.; and each individually and as a joint venture transacting business under the fictitious name DEVON PARK SPECIALTY INSURANCE;<br><br>       **Defendants.** | 24-cv-722 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court—having reviewed the Parties' affidavits (ECF Nos. 50, 53) responsive to the Court's March 27, 2025 order to show cause as to why this case should not be remanded to state court (ECF No. 49)—concludes that it possesses subject matter jurisdiction and that the action may proceed. The Court sets forth new case deadlines herein.

  Plaintiff—having advised the Court of its intent to file a Second Amended Complaint—is ORDERED to file its Second Amended Complaint on or before May 15, 2025. Defendants are ordered to file their Answer or otherwise respond to the Second Amended Complaint 21 days following the filing of the Second Amended Complaint.

2

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 15, 2025**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**