UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 601 EAST 226 ST LLC, <br><br> **Plaintiff,** <br><br> -against- <br><br> UNITED STATES LIABILITY INSURANCE COMPANY (USLI) ET AL, <br><br> **Defendants.** | 1:24-cv-00722 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 7, 2025, Defendants filed a letter seeking a pre-motion conference in advance of their anticipated motion for judgment on the pleadings and/or for partial summary judgment. ECF No. 69. To date, Plaintiff has not filed a response to this letter as required by Rule 2.A. of the Court's Individual Rules ("The opposing party should submit a letter, also not to exceed 3 pages, setting forth its position within 3 business days from the service of the moving party's letter."). The Court **ORDERS** Plaintiff to file a response to Defendants' letter by August 20, 2025.

**SO ORDERED.**

Dated:   August 13, 2025
         New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**