UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 601 EAST 226 ST LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>UNITED STATES LIABILITY INSURANCE COMPANY (USLI) ET AL,<br><br>　　　　　　　　　　Defendants. | 1:24-cv-00722 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　In follow-up to the September 4, 2025 conference in this case, the Court reminds the Parties of the **September 10, 2025** deadline to submit a joint status report (1) advising the Court as to whether Defendants intend to proceed with their anticipated motions for a judgment on the pleadings and/or summary judgment and, if so, (2) proposing a briefing schedule.

**SO ORDERED.**

Dated:　September 9, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**