```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

601 EAST 226 ST LLC,

           Plaintiff,

-v-

UNITED STATES LIABILITY
INSURANCE COMPANY, ET AL.,

           Defendants.

**ORDER**

24-CV-722 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated August 20, 2025, the Court directed the parties to file a joint status report by October 20, 2025. ECF No. 73. That date came and went and the parties did not submit a joint status report. On October 21, 2025, the Court granted a *sua sponte* extension of time to submit the joint status report, to October 27, 2025. ECF No. 78. The parties again failed to submit a joint status report by the Court-ordered deadline to do so.

    The Court shall hold a conference on **October 31, 2025**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 996 223 14#).

**SO ORDERED.**

Dated: October 28, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge