UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

601 EAST 226 ST LLC,

          Plaintiff,

      -v-

UNITED STATES LIABILITY
INSURANCE COMPANY, ET AL.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/23/2025__

**ORDER**

24-CV-722 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated November 3, 2025, the Court directed the parties to submit to Chambers by email their Acknowledgment Form, confidential Settlement Letter, and availability for an Ex Parte Pre-Settlement Call by December 17, 2025. ECF No. 82. To date, Plaintiff has failed to submit its confidential Settlement Letter, despite the Court allowing additional time for it to do so.

In light of Plaintiff's failure to comply with the Court's Order, ECF No. 82, and due to the uncertainty as to whether Plaintiff's client representative will be able to participate in the January 9, 2026 settlement conference, the conference is adjourned. The parties are directed to confer as to dates when they can appear for an in-person settlement conference after February 1, 2026, and shall file a letter with their joint availability by December 30, 2025.

**SO ORDERED.**

Dated: December 23, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge