UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

601 EAST 226 ST LLC,

           Plaintiff,

    -v-

UNITED STATES LIABILITY
INSURANCE COMPANY, ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/2/2026__

**ORDER**

24-CV-722 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated December 23, 2025, the Court directed the parties to confer and file a letter with their joint availability on **dates** after February 1, 2026, on which they can appear for an **in-person** settlement conference. ECF No. 88. In status reports dated December 30, 2025, the parties provided a single date (on which the Court is unavailable) on which the parties are available for a virtual settlement conference. ECF No. 89–90. As these status reports do not provide the information requested by the Court, the parties are again directed to confer as to **dates** when they can appear for an **in-person** settlement conference after February 1, 2026, and to file a joint letter with their availability by **January 6, 2026**.

**SO ORDERED.**

Dated: January 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge