UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

601 EAST 226 ST LLC,

                    Plaintiff,

          -v-

MOUNT VERNON SPECIALTY INSURANCE
CO., ET AL.,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2026
```

**ORDER**

24-CV-722 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 7, 2026 order, ECF No. 94, the parties were directed to, by February 26, 2026, exchange letters describing their settlement positions and submit certain materials to RicardoNYSDChambers@nysd.uscourts.gov in advance of the March 12, 2026 settlement conference.  To date, the undersigned has not received these materials. The Court *sua sponte* extends the deadline for the parties to submit these materials to **March 3, 2026**.

**SO ORDERED.**

Dated: February 27, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1